Certificate Number: 05781-LAW-DE-041612668

Bankruptcy Case Number: 26-20494

05781-LAW-DE-041612668

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 28, 2026, at 3:01 o'clock PM PDT, Joyve Burke completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Louisiana.

Date: October 28, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President